## CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__          Erie _____          Johnstown _____

Related to No. __15-cr-198 closed/15-cv-1315__   Judge __Cathy Bissoon__
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. __X__ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name: MAKSIM V. YAKUBETS, a/k/a Aqua, a/k/a Aquamo, a/k/a Carlos, a/k/a Shluhnet, a/k/a 388888

Is indictment waived:              ____ Yes        __X__ No

Pretrial Diversion:                ____ Yes        __X__ No

Juvenile proceeding:               ____ Yes        __X__ No

Defendant is:                      __X__ Male      ____ Female

Superseding indictment or information   ____ Yes   __X__ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on governments' motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited occurred: _____

Previous proceedings before Magistrate Judge: _____
    Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | | _____ |
| Defendant: | ___ is in custody | _X_ is not in custody |
| Name of Institution: | | _____ |
| Custody is on: | ___ this charge | ___ another charge |
| | ___ another conviction | |
| | ___ State | ___ Federal |
| Detainer filed: | ___ yes | ___ no |
| Date detainer filed: | | _____ |
| Total defendants: | _2_ | |
| Total counts: | _10_ | |
| Data below applies to defendant No.: | _1_ | |
| Defendant's name: | MAKSIM V. YAKUBETS | |

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 18 U.S.C. § 371 | Conspiracy | X |
| 2 | 18 U.S.C. § 1349 | Fraud Conspiracy | X |
| 3-5 | 18 U.S.C. §§ 1344 and 2 | Bank Fraud | X |
| 6-7 | 18 U.S.C. § 1343 | Wire Fraud | X |
| 8-10 | 18 U.S.C. § 1030(a)(5)(A), 1030(c)(4)(B)(i) and 2 | Intentional Damage to a Computer | X |

**FORFEITURE ALLEGATION**

I certify that to the best of my knowledge the above entries are true and correct.

DATE: __NOV 1 2 2019__

*Shardul S. Desai* (signature)
SHARDUL S. DESAI
Assistant U.S. Attorney
DC ID No. 990299