IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA



FILED

NOV 12 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 19-342 |
| MAKSIM V. YAKUBETS<br>　　a/k/a  Aqua<br>　　a/k/a  Aquamo<br>　　a/k/a  Carlos<br>　　a/k/a  Shluhnet<br>　　a/k/a  388888<br>IGOR TURASHEV<br>　　a/k/a  Igor Tueashev<br>　　a/k/a  Enki<br>　　a/k/a  Parasurama<br>　　a/k/a  Nintutu<br>　　a/k/a  Vzalupkin<br>　　a/k/a  Vasya Zaluplin<br>　　a/k/a  Diananbeauty<br>　　a/k/a  domain.access<br>　　a/k/a  Tigrr<br>　　a/k/a  Tigrruz | [UNDER SEAL] |

## MOTION FOR ARREST WARRANTS

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Shardul S. Desai, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that Arrest Warrants be issued for the apprehension of defendants MAKSIM V. YAKUBETS and IGOR TURASHEV, upon the grounds that an indictment has been returned in the above-captioned criminal case charging

the defendants with 18 U.S.C. §§ 2, 371, 1030(a)(5)(A), 1030(c)(4)(B)(i), 1343, 1344 and 1349.

Recommended bond: Detention.

                                            Respectfully submitted,

                                            SCOTT W. BRADY
                                            United States Attorney

By:   */s/ Shardul S. Desai*
           SHARDUL S. DESAI
           Assistant U.S. Attorney
           DC ID No. 990299