IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 19-342 |
| | ) | |
| MAKSIM V. YAKUBETS | ) | |
|    a/k/a Aqua | ) | |
|    a/k/a Aquamo | ) | |
|    a/k/a Carlos | ) | |
|    a/k/a Shluhnet | ) | |
|    a/k/a 388888 | ) | |
| IGOR TURASHEV | ) | |
|    a/k/a Igor Tueashev | ) | |
|    a/k/a Enki | ) | |
|    a/k/a Parasurama | ) | |
|    a/k/a Nintutu | ) | |
|    a/k/a Vzalupkin | ) | |
|    a/k/a Vasya Zaluplin | ) | |
|    a/k/a Diananbeauty | ) | |
|    a/k/a domain.access | ) | |
|    a/k/a Tigrr | ) | |
|    a/k/a Tigrruz | ) | |

## MOTION TO UNSEAL
## INDICTMENT AND ARREST WARRANTS

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Shardul S. Desai, Assistant United States Attorney for said District and, pursuant to Rules 6(e)(4) and 6(e)(6) of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order unsealing the Indictment returned in this case and the Arrest Warrants issued pursuant to said indictment. In further support of this Motion, the United States avers as follows:

1. On November 12, 2019, an indictment was returned by the grand jury charging the above-named defendants with violating Title 18, United States Code, Sections 371, 1349, 1344, 1343, 1030(a)(5). Arrest Warrants were issued pursuant to said indictment.

2. On November 12, 2019, this Court issued an Order sealing the aforesaid Indictment and Arrest Warrants, together with the Motion to Seal, until further Order of Court.

3. As part of the efforts to apprehend the defendants, the United States intends to take certain actions that requires the Indictment and arrest warrants to be unsealed on the morning of December 5, 2019.

4. Based upon the foregoing, the United States believes and therefore avers that it is in the interest of justice that the Indictment returned in this case and Arrest Warrants issued thereby, now be unsealed on December 5, 2019.

WHEREFORE, the United States of America respectfully requests that this Court issue an Order unsealing the Indictment returned in this case and the Arrest Warrants issued pursuant to the indictment.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By: *Shardul S. Desai*
Shardul S. Desai
Assistant U.S. Attorney
DC ID No. 990299

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 19-342 |
| ) | |
| MAKSIM V. YAKUBETS ) | |
|    a/k/a   Aqua ) | |
|    a/k/a   Aquamo ) | |
|    a/k/a   Carlos ) | |
|    a/k/a   Shluhnet ) | |
|    a/k/a   388888 ) | |
| IGOR TURASHEV ) | |
|    a/k/a   Igor Tueashev ) | |
|    a/k/a   Enki ) | |
|    a/k/a   Parasurama ) | |
|    a/k/a   Nintutu ) | |
|    a/k/a   Vzalupkin ) | |
|    a/k/a   Vasya Zaluplin ) | |
|    a/k/a   Diananbeauty ) | |
|    a/k/a   domain.access ) | |
|    a/k/a   Tigrr ) | |
|    a/k/a   Tigrruz ) | |

## ORDER

AND NOW, to wit, this 5th day of December, 2019, upon consideration of the Motion to Unseal indictment and Arrest Warrants, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Indictment returned in this case and the Arrest Warrants issued pursuant to said Indictment are hereby UNSEALED.

_____
THE HONORABLE CATHY BISSON
UNITED STATES DISTRICT JUDGE

cc:    United States Attorney